UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

                              :

      - v. -            :  **ORDER**

                              :

NAVNOOR KANG and         :  16 Cr. 837 (JPO)
DEBORAH KELLEY,           :

                              :

          Defendants.     :

- - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Edward Imperatore and Joshua Naftalis, of counsel, and without objection of counsel for the defendants, it is hereby ORDERED that the time from December 22, 2016 through January 4, 2017, the date of the defendants' arraignment and initial pretrial conference, is hereby excluded under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A), as such exclusion best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

      SO ORDERED.

Dated:  New York, New York
      December 23, 2017

_____
        J. PAUL OETKEN
        United States District Judge